PER CURIAM.
Appeal dismissed, on motion of appellant.

160 So. 925

**John WATSON v. STATE.**
**4 Div. 89.**

Court of Appeals of Alabama.
April 2, 1935.

RICE, Judge.
Appeal dismissed.

161 So. 923

**James WAYBRIGHT v. STATE.**
**7 Div. 116.**

Court of Appeals of Alabama.
June 4, 1935.

BRICKEN, Presiding Judge.
Affirmed.

161 So. 923

**Henry WEAVER v. STATE.**
**8 Div. 28.**

Court of Appeals of Alabama.
May 21, 1935.

RICE, Judge.
Appeal dismissed.

157 So. 924

**Amie WEEKS v. STATE.**
**4 Div. 49.**

Court of Appeals of Alabama.
Nov. 13, 1934.

RICE, Judge.
Appeal dismissed.

160 So. 925

**Tom WELLS v. STATE.**
**6 Div. 755.**

Court of Appeals of Alabama.
April 16, 1935.

BRICKEN, Presiding Judge.
Appeal dismissed by appellant.

162 So. 926

**Ida WESSON v. CITY OF BIRMINGHAM.**
**6 Div. 865.**

Court of Appeals of Alabama.
Aug. 27, 1935.

PER CURIAM.
Appeal dismissed on motion of appellant.

159 So. 922

**Dave WESTMORELAND v. STATE.**
**8 Div. 994.**

Court of Appeals of Alabama.
Feb. 12, 1935.

SAMFORD, Judge.
Affirmed.